UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
WELLS FARGO BANK NATIONAL :
ASSOCIATION, as securities intermediary, : **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiff, :
  -against- : 20 Civ. 5032 (AKH)
:
JOHN HANCOCK LIFE INSURANCE :
COMPANY OF NEW YORK, and JOHN :
HANCOCK LIFE INSURANCE COMPANY :
(USA), :
:
Defendants. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference scheduled for December 3, 2021 is hereby adjourned to January 5, 2022, at 2:30 p.m.  The conference will be on the record, and all parties shall appear in person, in Courtroom 14D.

      Counsel in all related cases (the class and derivative lawsuits) may attend this and all future conferences as of right.

      SO ORDERED.

Dated:    December 1, 2021                     /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                                     United States District Judge